Annette D. Kirkham (State Bar # 217958)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for: Plaintiff CHARLES N. PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CHARLES N. PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>EMERGENCY HOUSING CONSORTIUM, a California not for profit corporation, EHC LIFEBUILDERS, and MONTEREY TERRACE APARTMENTS,<br><br>Defendants. | Case No.: C07-05690 PVT<br><br>**PLAINTIFF CHARLES PEREZ'S *EX PARTE* APPLICATION FOR:**<br><br>**(1) TEMPORARY RESTRAINING ORDER; AND**<br><br>**(2) ORDER TO SHOW CAUSE RE: PRELIMINATRY INJUNCTION ENJOINING EVICTION OF CHARLES PEREZ**<br><br>Hearing Date: November 28, 2007, or as soon as this matter may be heard<br>Time: 9:00 a.m., or as soon as this matter may be heard<br>Courtroom: 5<br>Judge: Magistrate Judge Patricia Trumbull |

Pursuant to Federal Rule of Civil Procedure 65 and the federal Fair Housing Act, 42 U.S.C. § 3613, Plaintiff Charles Perez hereby applies to the Court *ex parte* for a temporary restraining order (TRO) to order Defendants to grant Mr. Perez a reasonable accommodation as he requested and not to evict him from his current residence. The TRO is necessary to avoid grave and irreparable harm to Mr. Perez because, without a TRO, Defendants will proceed to evict Mr. Perez

from his home based on the unlawful detainer action filed in state court on November 26, 2007. This TRO is based upon this *ex parte* application; the supporting memorandum of points and authorities; the supporting declarations of Charles N. Perez and Annette D. Kirkham; the complaint filed in this action; and the proposed order filed herewith; and upon all other papers and pleadings on file in this action and such other matters as are presented to the Court at the hearing on this application.

Dated: November 27, 2007                         FAIR HOUSING LAW PROJECT

_____
Annette D. Kirkham
Attorneys for Plaintiff Charles N. Perez