Annette D. Kirkham (State Bar # 217958)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for: Plaintiff CHARLES N. PEREZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| CHARLES N. PEREZ. | **Case No.: C07-05690 PVT** |
| Plaintiff, | **DECLARATION OF CHARLES N. PEREZ IN SUPPORT OF PLAINTIFF CHARLES N. PEREZ'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION TO ENJOIN DEFENDANTS FROM EVICTING PLAINTIFF.** |
| v. | |
| EMERGENCY HOUSING CONSORTIUM, a California not for profit corporation, EHC LIFEBUILDERS, and MONTEREY TERRACE APARTMENTS, | |
| Defendants. | Hearing Date: November 28, 2007 or as soon as this matter may be heard |
| | Time: 9:00 a.m., or as soon as this matter may be heard |
| | Courtroom: 5 |
| | Judge: Magistrate Judge Patricia Trumbull |

I Charles N. Perez. declare:

1.    I am the plaintiff in the above-captioned action. I have personal knowledge of the facts contained in this declaration and could competently testify to the same in a court of law.

1

DECLARATION OF CHARLES N. PEREZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION
C07-05690 PVT

2.    I am currently a tenant at Markham Terrace Apartments, located at 2112 Monterey Road, San Jose, California. I have been a tenant at Markham Terrace since December 2005.

3.    I currently receive Supplemental Security Income in the amount of $830 each month. I receive a subsidy from the Housing Authority of Santa Clara County to reside at Markham Terrace Apartments. My portion of the rent is only $260 each month.

4.    I have numerous health related disabilities, including diabetes, end-stage kidney disease and chronic lung disease. I am also legally blind. I have a difficult time taking care of myself and meeting my basic needs without the assistance of a caregiver.

5.    In February 2007, my doctor advised me to obtain the assistance of an in-home caregiver. Therefore I advised Markham Terrace of my need for an in-home caregiver. Markham Terrace never responded to my request so I assumed that they agreed to my request.

6.    I obtained the services of my son, Jason, to act as my in-home caregiver. Jason was approved by Santa Clara County In-Home Supportive Services to provide me care. Therefore, I asked Jason to move in with me.

7.    On August 31, 2007, I received a 60-Day Notice to terminate my tenancy. The notice said that I had an unauthorized occupant living with me and that I was subletting my unit.

8.    On September 2, 2007, I sent a letter to EHC Lifebuilders disputing that I had violated my lease. I told them that I had a caregiver and that I had provided doctors' letters regarding my health conditions and that my son Jason was my in-home caregiver. EHC Lifebuilders did not respond to my letter.

9.    I received another 60-Day Notice on September 12, 2007. The 60-Day Notice expires on November 12, 2007 and I am afraid that I am going to be homeless if EHC Lifebuilders evicts me.

10.    On November 26, 2007, Defendants filed a state court unlawful detainer action against me alleging that I had breached my lease agreement by having an unauthorized occupant even though I had requested reasonable accommodation of my disabilities in the form of an home caregiver.

2

DECLARATION OF CHARLES N. PEREZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION
C07-05690 PVT

11.    If I am evicted, I will have no place to go. I cannot afford alternative housing since I have very little money and the waiting lists for subsidized housing units are often times more than one year long.

12.    I do not understand why EHC wants to evict me. The threat of eviction has caused my great stress and anxiety.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2007 in San Jose, California.

Charles N. Perez

DECLARATION OF CHARLES N. PEREZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION
C07-05690 PVT