Annette D. Kirkham (State Bar # 217958)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for: Plaintiff CHARLES N. PEREZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (San Jose Division)

| | |
|---|---|
| CHARLES N. PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>EMERGENCY HOUSING CONSORTIUM, a California not for profit corporation, EHC LIFEBUILDERS, and MONTEREY TERRACE APARTMENTS,<br><br>Defendants. | Case No.: C07-05690 PVT<br><br>[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINATRY INJUNCTION ENJOINING EVICTION OF CHARLES PEREZ<br><br>Hearing Date: November 28, 2007, or as soon as this matter may be heard<br>Time: 9:00 a.m., or as soon as this matter may be heard<br>Courtroom: 5<br>Judge: Magistrate Judge Patricia Trumbull |

# [PROPOSED] ORDER

TO DEFENDANTS EMERGENCY HOUSING CONSORTIUM, INC., EHC LIFEBUILDERS, and MONTEREY TERRACE APARTMENTS AND THEIR OFFICERS, AGENTS, SERVANTS, EMPLOYEES AND ALL PERSONS ACTING IN ACTIVE CONCERT OR PARTICIPATION WITH THEM:

On November__, 2007, plaintiff Charles Perez (hereinafter "Mr. Perez") appeared for a hearing on his *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause why a preliminary injunction should not issue. Based upon the declarations served and filed therewith, and other supporting memoranda, evidence and argument from counsel, and the entire record in this case, and good cause appearing therefore,

1. Mr. Perez's application is hereby **GRANTED**;

2. The Court hereby **ORDERS** that Defendants, show cause before this Court, in Courtroom 5, on (date)_____ _____, at (time)____ _____, or as soon thereafter as counsel may be heard, why a preliminary injunction should not be issued herein enjoining these Defendants and their officers, agents, servants, employees and all persons acting in active concert or participation with them from:

   (a) Proceeding with a state court eviction action against Mr. Charles Perez pending the resolution of his Federal Court lawsuit.

3. Mr. Perez shall serve Defendants with this Order to Show Cause and all supporting papers by 5:00 p.m. Pacific Daylight Time on (date) _____ _____. Proof of such service shall be filed and delivered in the manner provided by Civil Local Rule 5-5;

4. The Court further **ORDERS** that Defendants and their officers, agents, servants, employees and all persons acting in active concert or participation with them are hereby **ENJOINED AND RESTRAINED**, pending hearing on the above Order to Show Cause, from:

(a) Proceeding with any state court eviction action against Mr. Perez or from otherwise commencing or attempting to commence any other eviction proceeding against Mr. Perez.

5. The following briefing schedule shall apply:

(A) Defendants shall serve any papers in opposition to Mr. Perez's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause on Mr. Perez's counsel on or before _____ ____, 2007;

(B) Mr. Perez shall serve any papers in reply on or before ____, 2007.

**IT IS SO ORDERED.**

DATED:

_____
Magistrate Judge Patricia V. Trumbull