AO 440 (Rev. 10/93) Summons in a Civil Action

PEREZ V EMERGENCY HOUSING
C0705690 pvt

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/12/07; 1:13 PM |
| Name of SERVER (PRINT) FRANK SMITH, COUNTY PROCESS SERVICE | TITLE REG. PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:

EMERGENCY HOUSING CONSORTIUM, INC., BY SERVING MICHAEL VEUVE, CFO, AUTHORIZED TO ACCEPT; 2665 N. FIRST STREET #210, SAN JOSE, CA 95134

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....

discretion then residing therein.
. Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | $25.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/07
               Date

Signature of Server
31 EAST JULIAN STREET
SAN JOSE, CA 95112

Address of Server

COUNTY PROCESS SERVICE, INC.
31 East Julian Street
San Jose, CA 95112
(408) 297-6070

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.