UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES N. PEREZ

        Plaintiff(s),

   v.

Emergency Housing Consortium, a California non-profit corporation; EHC Lifebuilders, and Markham Terrece Apartments.
        Defendant(s).

No. C 07 05690 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11-28-2007

Signature: Karen K. McClery

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")