1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  CHARLES N. PEREZ,                    )    Case No.: C 07-5690 PVT
                                         )
13              Plaintiff,               )    **ORDER RE SCHEDULING BRIEFING**
                                         )    **AND HEARING ON PLAINTIFF'S**
14       v.                              )    **APPLICATION FOR TEMPORARY**
                                         )    **RESTRAINING ORDER**
15  EMERGENCY HOUSING                    )
    CONSORTIUM, et al.,                  )
16                                       )
                Defendants.              )
17  _____   )

18       On November 27, 2007, Plaintiff filed an Application for Temporary Restraining Order.[1]  All

19  parties have consented to Magistrate Judge jurisdiction.  Based on the moving papers,

20       IT IS HEREBY ORDERED that the parties shall immediately meet and confer regarding a

21  reasonable schedule for the briefing and hearing on Plaintiff's application for TRO.[2]  Plaintiff has

22  requested a hearing on or before Monday, December 3, 2007.  However, it is unclear from the

23  moving papers what the date is of the next deadline or proceeding in the state court unlawful detainer

24  action, and thus there is presently no factual basis for setting the TRO hearing on such a truncated

25  schedule.  If Plaintiff can show facts warranting such a short schedule, he shall file a supplemental

26  _____

27       [1]     The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

28       [2]     Please note that Judge Trumbull's regular law and motion calendar is heard on Tuesdays
    at 10:00 a.m.

1 | brief setting forth those facts no later than noon on Thursday, November 29, 2007.

2 |      IT IS FURTHER ORDERED that, no later than 10:00 a.m. on Friday, November 30, 2007,

3 | the parties shall file either a joint proposal, or their respective separate proposals, for the briefing and

4 | hearing on Plaintiff's application.

5 | Dated: *11/28/07*

6 | 

7 | PATRICIA V. TRUMBULL
United States Magistrate Judge

8 | 

9 | 

10 | 

11 | 

12 | 

13 | 

14 | 

15 | 

16 | 

17 | 

18 | 

19 | 

20 | 

21 | 

22 | 

23 | 

24 | 

25 | 

26 | 

27 | 

28 | 

ORDER, *page 2*