Annette D. Kirkham (State Bar # 217958)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for: Plaintiff CHARLES N. PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CHARLES N. PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>EMERGENCY HOUSING CONSORTIUM, a California not for profit corporation, EHC LIFEBUILDERS, and MONTEREY TERRACE APARTMENTS,<br><br>Defendants. | Case No.: C07-05690 PVT<br><br>**STIPULATION TO WITHDRAW EX PARTE TEMPORARY RESTRAINING ORDER APPLICATION** |

On November 26, 2007, Defendants filed a state court unlawful detainer action against Plaintiff Charles Perez. On November 27, 2007, Plaintiff filed an ex parte application for a TRO to enjoin the Defendants from proceeding with the unlawful detainer action.

On November 28, 2007 the parties agreed that the unlawful detainer action against Plaintiff will be dismissed without prejudice no later than November 30, 2007, thereby mooting Plaintiff's ex parte application for a Temporary Restraining Order.

---
STIPULATION TO WITHDRAW TRO APPLICATION C07-05690 PVT

1 | IT IS SO STIPULATED.

2 | Dated: November 28, 2007

FAIR HOUSING LAW PROJECT

_____
Annette D. Kirkham
Attorneys for Plaintiff

Dated: November 28, 2007

PAHL & McCAY

_____
Anthony Adair
Attorneys for Defendants

2
STIPULATION TO WITHDRAW TRO APPLICATION C07-05690 PVT