Annette D. Kirkham (State Bar # 217958)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for: Plaintiff CHARLES N. PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CHARLES N. PEREZ, | Case No.: C07-05690 PVT |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING |
| v. | |
| EMERGENCY HOUSING CONSORTIUM, a California not for profit corporation, EHC LIFEBUILDERS, and MONTEREY TERRACE APARTMENTS, | |
| Defendants. | |

Plaintiff Charles Perez filed the instant action on November 8, 2007. Plaintiff personally served Defendants with the Complaint on November 12, 2007. Defendants' responsive pleading was due on December 3, 2007.

The parties have been negotiating a resolution of this matter and in an effort to avoid additional litigation costs, the parties agree that Defendants responsive pleading will be due on December 21, 2007, should this matter not resolve before then.

1
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING C07-05690 PVT

IT IS SO STIPULATED.

Dated: December 6, 2007

FAIR HOUSING LAW PROJECT

Annette D. Kirkham
Attorneys for Plaintiff

Dated: December 6, 2007

PAHL & MCCAY

Anthony Adair
Attorneys for Defendants