Annette D. Kirkham (State Bar # 217958)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for: Plaintiff CHARLES N. PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CHARLES N. PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> EMERGENCY HOUSING CONSORTIUM, a California not for profit corporation, EHC LIFEBUILDERS, and MONTEREY TERRACE APARTMENTS, <br><br> Defendants. | Case No.: C07-05690 PVT <br><br> NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER |

The parties have reached a settlement in this matter. Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, subject to the terms of the settlement agreement executed by the parties.

IT IS SO STIPULATED.

---

1
NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT AND
[PROPOSED] ORDER C07-05690 PVT

Dated: December 21, 2007

FAIR HOUSING LAW PROJECT

_____
Annette D. Kirkham
Attorneys for Plaintiff

Dated: December ___, 2007

PAHL & MCCAY

_____
Anthony Adair
Attorneys for Defendants

2
NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT AND [PROPOSED] ORDER C07-05690 PVT

| | |
|---|---|
| Dated: December ___, 2007 | FAIR HOUSING LAW PROJECT |
| | |
| | _____ |
| | Annette D. Kirkham |
| | Attorneys for Plaintiff |
| | |
| Dated: December 21, 2007 | PAHL & MCCAY |
| | |
| | *[signature]* |
| | Anthony Adair |
| | Attorneys for Defendants |

[PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed in its entirety subject to the terms of the settlement agreement executed by the parties.

Dated: 1/7 , 2007 8

*Patricia V. Trumbull*
HONORABLE PATRICIA V. TRUMBULL
MAGISTRATE JUDGE FOR THE UNITED
STATES DISTRICT COURT